■ In the Matter of LISA O'NEILL, Petitioner, v ERIC T. SCHNEIDERMAN et al., Respondents. [40 NYS3d 278]—Proceeding pursuant to CPLR article 78, inter alia, in the nature of prohibition to prohibit the respondents from prosecuting the petitioner in a criminal action entitled *People v O'Neill*, pending in the Supreme Court, Queens County, under Indictment No. 2411/15, and application by the petitioner to waive the filing fee imposed by CPLR 8022 (b).

Ordered that the application is granted; and it is further,

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman*, 71 NY2d 564, 569 [1988]; *see Matter of Rush v Mordue*, 68 NY2d 348, 352 [1986]).

The petitioner has failed to demonstrate a clear legal right to the relief sought. Balkin, J.P., Hall, Sgroi and Barros, JJ., concur.